Prob 22 (Rev. 03/97)

| TRANSFER OF JURISDICTION | DOCKET NO. (Transferring Court) 0:97CR00256-001 PAM/AJB |
|---|---|
| | DOCKET NO. (Receiving Court) CR 06-00172 DSF |

FILED U.S. DISTRICT COURT
CLERK, U.S. DISTRICT COURT
FEB 28 2006
CENTRAL DISTRICT OF CA
BY ___ DEPUTY

| NAME Donald Wayne Johnson | DISTRICT MINNESOTA | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Paul A. Magnuson | |
| | DATES OF SUPERVISION | FROM 7/1/2005 | TO 6/30/2010 |

OFFENSE

PWID Cocaine Base

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

January 13, 2006
Date

_____
Paul A. Magnuson, United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

FEB 28 2006
Effective Date

_____
CHIEF   United States District Judge

SCANNED
MAR 13 2006
U.S. DISTRICT COURT ST. PAUL